UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANIELLE CAPHART,**

    **Plaintiff,**                                             **CASE NO.:  8:17-cv-01603-EAK-AEP**

**v.**

**PLATINUM AUTO FINANCE OF
TAMPA BAY, LLC,**

    **Defendant.**
_____/

**BILATERAL STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to Plaintiff's claims and the Defendant's counter claims, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). Each party is to bear their own fees and costs except as otherwise agreed upon between the parties prior to this stipulation.

**CERTIFICATE OF COMPLIANCE OF LOCAL RULE 3.01(g)**

I hereby certify that I have conferred with counsel for Defendant about this Stipulation and that all parties consent to the relief requested herein.

                                                    */s/ Brian L. Shrader*
                                                    Attorney

[signatures on next page]

Dated:  August 21, 2017

| | |
|---|---|
| **CENTRONE & SHRADER, PLLC** | **J. MARSHALL FRY, ATTORNEY AT LAW** |
| 612 W. Bay Street | 2708 Alternate 19, Suite 604-11 |
| Tampa, Florida 33606 | Palm Harbor, Florida 34683 |
| Phone:  (813) 360-1529 | Phone:   (727) 785- 8014 |
| Fax:     (813) 336-0832 | |
| */s/ Brian L. Shrader*_____ | */s/ J. Marshall Fry*_____ |
| **GUS M. CENTRONE, ESQ.** | **J. MARSHALL FRY, ESQ.** |
| Florida Bar No.: 30151 | Florida Bar No.: 435139 |
| e-mail: gcentrone@centroneshrader.com | e-mail: jmfryatty@aol.com |
| **BRIAN L. SHRADER, ESQ.** | |
| Florida Bar No.: 57251 | |
| e-mail: bshrader@centroneshrader.com | |
| **PAMELA N. WESTFALL, ESQ.** | |
| Florida Bar No.: 106230 | |
| e-mail: pwestfall@centroneshrader.com | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2017, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Tampa Division, for filing and uploading to the CM/ECF system.

*/s/ Brian L. Shrader*___

**Attorney**